**No. 11-485. Albert J. Price, Petitioner v. Michael Thurmer, Warden.**

565 U.S. 1062, 132 S. Ct. 783, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8615.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 637 F.3d 831.

**No. 11-488. Dimitri Henley, Petitioner v. Wisconsin.**

565 U.S. 1062, 132 S. Ct. 784, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8661.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 328 Wis. 2d 544, 787 N.W.2d 350.

**No. 11-500. Shirland L. Fitzgerald, Petitioner v. United States.**

565 U.S. 1062, 132 S. Ct. 785, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8491.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 238.

**No. 11-514. Leigh Jesse Quinto, Petitioner v. United States.**

565 U.S. 1062, 132 S. Ct. 787, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8636.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-538. Darryl Whitley, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

565 U.S. 1062, 132 S. Ct. 791, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8486.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 642 F.3d 278.

**No. 11-5058. Leroy P. Mitchell, Petitioner v. The Dallas Housing Authority.**

565 U.S. 1062, 132 S. Ct. 757, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8648,

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 409 Fed. Appx. 744.

**No. 11-5129. Harry Tackett, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1062, 132 S. Ct. 757, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8629.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.